IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | : : : | |
| Plaintiff, | : : | Case No. 22-584-RGA |
| v. | : : : | **JURY TRIAL DEMANDED** |
| PLEX, INC., | : : | |
| Defendant. | : | |

**AGREED-UPON MOTION AND**
**[PROPOSED] ORDER TO EXTEND TIME**

Counsel for Plaintiff, Quantum Technology Innovations, LLC, was in contact with a representative of Defendant, Plex, Inc., and agreed, with the Court's permission, that the deadline for Plex, Inc., to answer, plead, or otherwise respond to the Complaint (D.I. 1) shall be further extended through and including March 1, 2023, including in order for the parties to continue their ongoing efforts to resolve this case.

Dated: February 6, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660

          Telephone: (832) 800-4133
          Facsimile: (855) PALAVAN (725-2826)
          shea@houstonip.com

          *Attorneys for Plaintiff,*
          *Quantum Technology Innovations, LLC*

SO ORDERED this ____ day of_____, 2023.

          _____
          UNITED STATES DISTRICT JUDGE